*Form L247* (3/23)–doc 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shane Patrick Lewis<br>Debtor(s) | Case No. 25–14503–amc<br>Chapter 7 |
| Shane Patrick Lewis<br>Plaintiff(s) | |
| v. | Adversary No. 25–00229–amc |
| U.S. Department of Education, et al.<br>Defendant(s) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court on or before December 12, 2025, except that the United States and its offices and agencies shall submit a motion or answer to the complaint on or before December 17, 2025.

    Address of the clerk                        Eastern District of Pennsylvania
                                                                                     900 Market Street
                                                                                     Suite 400
                                                                                     Philadelphia, PA 19107

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney            MICHAEL I. ASSAD
                                                                              Sadek Law Offices, LLC
                                                                              1500 JFK Boulevard
                                                                              Ste 220
                                                                              Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



                                                                                               For The Court

                                                                                               Mohung Wong
                                                                                               Clerk of Court

Date: November 12, 2025