# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: Shane Patrick Lewis,<br><br>*Debtor*. | Case No. 25-14503-amc<br>Chapter 7 |
| Shane Patrick Lewis,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. Department of Education,<br>Central Research Inc.,<br><br>*Defendants*. | Adversary No. 25-00229-amc |

## Certificate of Service

I, Michael I. Assad, certify that on November 12, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Complaint

- Summons

I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 12, 2025

/s/ Michael I. Assad
Michael I. Assad
Sadek Law Offices, LLC
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
michael@sadeklaw.com

## Mailing List Exhibit

| Name and Address of Party Served | Relationship to Case | Mode of Service |
|---|---|---|
| Chief Counsel<br>U.S. Department of Education<br>400 Maryland Avenue SW<br>Washington, DC 20202 | Defendant | ☒  First Class Mail |
| Chief Legal Officer<br>Central Research Inc.<br>122 N. Bloomington Street Suite I<br>Lowell, AR 72745 | Defendant | ☒  First Class Mail |
| David Metcalf<br>U.S. Department of Justice<br>Attn: Civil Process Clerk<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106 | U.S. Attorney | ☒  First Class Mail |
| Pamela J. Bondi<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 | Attorney General | ☒  First Class Mail |