# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: <br> Shane Patrick Lewis <br><br> Debtor | : <br> : <br> : <br> : <br> : | Bankruptcy No. 25-14503-amc <br> Chapter 7 |
| Shane Patrick Lewis <br><br> Plaintiff <br><br> v. <br><br> The United States Department of Education, <br> Central Research Inc., <br><br> Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Adv. Proceeding <br> No. 25-00229-amc |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Defendant's Unopposed Motion for an Extension, it is hereby ORDERED that the motion is GRANTED. The defendants shall file a response to the Complaint on or before February 16, 2026.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
*Chief Judge, United States Bankruptcy Court*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Shane Patrick Lewis | : | Bankruptcy No. 25-14503-amc |
| | : | Chapter 7 |
| Debtor | : | |
| Shane Patrick Lewis | : | |
| Plaintiff | : | |
| v. | : | Adv. Proceeding |
| | : | No. 25-00229-amc |
| The United States Department of Education, | : | |
| Central Research Inc., | : | |
| Defendants | : | |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME IN WHICH DEFENDANT MAY RESPOND TO THE COMPLAINT

Defendants respectfully move this Honorable Court to extend the response date on which the government defendants must respond by sixty (60) days. The basis for this motion is set forth below:

1. Plaintiff/debtor filed an adversary complaint on November 11, 2025, seeking discharge of her federally-insured student loans pursuant to 11 U.S.C. § 523(a)(8).

2. In November 2022, the United States announced guidance to Department of Justice attorneys addressing the discharge of federal student loan debt in bankruptcy.

3. The parties are pursuing resolution in accordance with the guidance relating to discharge of student loans in bankruptcy. This process may result in a stipulated agreement on the relevant facts necessary to make a discharge determination.

4. ED currently has until December 17, 2025 to file a response to the Complaint.

5. The parties agree that defendant's responsive pleading deadline should be extended to allow time for Debtor/Plaintiff to submit and for ED to review of relevant information and provide additional time to allow the parties to resolve the case without further litigation.

6. Counsel for the defendants consulted with counsel for the plaintiff, who does not oppose this motion.

7. The defendants shall file a response to the Complaint on or before February 16, 2026.

Respectfully submitted,

DAVID METCALF
United States Attorney


*/s/ Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorneys
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia PA, 19106

*Counsel for Department of Education*

Dated: December 16, 2025

**CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 7.1(b)**

I certify that on December 10, 2025, I communicated via email with counsel of record for Debtor/Plaintiff, who confirmed that Debtor/Plaintiff does not oppose this motion for extension of time for the United States' response to the Complaint.

Dated: December 16, 2025            */s/ Anthony St. Joseph*
                                    ANTHONY ST. JOSEPH
                                    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2025, I served a true and correct copy of the foregoing Unopposed Motion for and Extension via ECF on counsel of record.

                                          /s/ *Anthony St. Joseph*
                                          ANTHONY ST. JOSEPH
                                          Assistant United States Attorney