## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Shane Patrick Lewis,<br><br>*Debtor*. | Case No. 25-14503-amc<br>Chapter 7 |
| Shane Patrick Lewis,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. Department of Education,<br>Central Research Inc.,<br><br>*Defendants*. | Adversary No. 25-00229-amc |

**Plaintiff's Request for Entry of Default Against Defendant Central Research Inc.**

  Defendant Central Research Inc. (the "Defendant") has failed to appear or plead against the Plaintiff's complaint within the time allowed and is therefore in default as evidenced by the record and the declaration attached hereto. Consequently, you must enter default against the Defendant under Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(a).

  This request does not extend to Defendant U.S. Department of Education.

Date: December 23, 2025     /s/ Michael I. Assad
                Michael I. Assad
                Sadek Law Offices, LLC
                1500 JFK Boulevard, Suite 220
                Philadelphia, PA 19102
                215-545-0008
                michael@sadeklaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Shane Patrick Lewis,<br><br>*Debtor*. | Case No. 25-14503-amc<br>Chapter 7 |
| Shane Patrick Lewis,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. Department of Education,<br>Central Research Inc.,<br><br>*Defendants*. | Adversary No. 25-00229-amc |

### Declaration in Support of Plaintiff's Request
### for Entry of Default Against Defendant Central Research Inc.

I, Michael I. Assad, declare and say:

1. I am the duly authorized agent of the Plaintiff as his attorney of record and have personal knowledge of the facts set forth in this declaration.

2. I make this declaration in support of the Plaintiff's request for entry of default against Defendant Central Research Inc. (the "Defendant").

3. The Plaintiff filed a Complaint against the Defendant on November 11, 2025, and the Defendant was served with a copy of the summons and complaint on November 12, 2025, as reflected on the docket sheet by the proof of service filed on that date.

4. A motion or answer was due on December 12, 2025, but the Defendant has failed to appear, plead, or otherwise defend within the time allowed and is therefore in default.

5. I declare under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: December 23, 2025      /s/ Michael I. Assad
                                                                            Michael I. Assad