# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>Shane Patrick Lewis<br><br>Debtor | :<br>:<br>:<br>: | Bankruptcy No. 25-14503-amc<br>Chapter 7 |
| Shane Patrick Lewis<br><br>Plaintiff<br><br>v.<br><br>The United States Department of Education,<br>Central Research Inc.,<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Adv. Proceeding<br>No. 25-00229-amc |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Defendant's Unopposed Motion for an Extension, it is hereby ORDERED that the motion is GRANTED. The defendants shall file a response to the Complaint on or before February 16, 2026.

BY THE COURT:

**Date: January 5, 2026**

_____
HONORABLE ASHELY M. CHAN
*Chief Judge, United States Bankruptcy Court*