United States Bankruptcy Court
Eastern District of Pennsylvania

Lewis,
    Plaintiff

U.S. Department of Education,
    Defendant

Adv. Proc. No. 25-00229-amc

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Jan 05, 2026  Form ID: pdf900  Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Central Research Inc., 122 N. Bloomington Street Suite I, Lowell, AR 72745-9632 |
| pla | + | Shane Patrick Lewis, 64 Manor Lane South, Morrisville, PA 19067-1800 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 06 2026 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2026 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: james.gannone@usdoj.gov | Jan 06 2026 00:26:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 06 2026 00:26:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| dft | + | Email/Text: edbknotices@ecmc.org | Jan 06 2026 00:26:00 | U.S. Department of Education, 400 Maryland Avenue SW, Washington, DC 20202-0008 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2026  Signature:  /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jan 05, 2026 | Form ID: pdf900 | Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:**

**Name**         **Email Address**

ANTHONY ST. JOSEPH
on behalf of Defendant U.S. Department of Education anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov

MICHAEL I. ASSAD
on behalf of Plaintiff Shane Patrick Lewis michael@sadeklaw.com sadeklaw@recap.email

TOTAL: 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Shane Patrick Lewis | : | Bankruptcy No. 25-14503-amc |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |
| Shane Patrick Lewis | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Adv. Proceeding |
| | : | No. 25-00229-amc |
| | : | |
| The United States Department of Education, | : | |
| Central Research Inc., | : | |
| | : | |
| Defendants | : | |

## ORDER

AND NOW, this ___ day of _____, 2025, upon consideration of Defendant's Unopposed Motion for an Extension, it is hereby ORDERED that the motion is GRANTED. The defendants shall file a response to the Complaint on or before February 16, 2026.

BY THE COURT:

**Date: January 5, 2026**

HONORABLE ASHELY M. CHAN
*Chief Judge, United States Bankruptcy Court*