# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>Shane Patrick Lewis,<br><br>Debtor | :<br>:<br>:<br>: | Bankruptcy No. 25-14503-amc<br>Chapter 7 |
| Shane Patrick Lewis,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Department of Education,<br>Central Research Inc.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Adv. Proceeding No.<br>25-00229-amc |

## **ORDER**

AND NOW, this 26th day of Jan., 2026, upon consideration of Defendant's Motion for an Extension, it is hereby ORDERED that the motion is GRANTED. Defendant shall file a response to the Complaint on or before March 20, 2026.

BY THE COURT:

Dated: Jan. 26, 2026

_____
HONORABLE ASHELY M. CHAN
*Judge, United States Bankruptcy Court*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Shane Patrick Lewis, | : | Bankruptcy No. 25-14503-amc |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |
| Shane Patrick Lewis, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proceeding No. |
| | : | 25-00229-amc |
| | : | |
| U.S. Department of Education, | : | |
| Central Research Inc., | : | |
| | : | |
| Defendants. | : | |

**FIRST MOTION FOR AN EXTENSION OF TIME IN WHICH DEFENDANT MAY RESPOND TO THE COMPLAINT**

Defendant U.S. Department of Education respectfully moves this Honorable Court to extend the date on which it must respond to the complaint to March 20, 2026. The basis for this motion is set forth below:

1. Plaintiff/Debtor filed an adversary complaint on November 11, 2025, seeking discharge of his federally-insured student loans pursuant to 11 U.S.C. § 523(a)(8).

2. In November 2022, the United States announced guidance to Department of Justice attorneys addressing the discharge of federal student loan debt in bankruptcy.

3. The parties are pursuing resolution in accordance with the guidance relating to discharge of student loans in bankruptcy. This process may result in a stipulated agreement on the relevant facts necessary to make a discharge determination.

4. Plaintiff is working on submitting requested information about his

financial status as part of the DOJ review process so that information can be considered by the U.S. Department of Education for a determination on how to proceed.

5. The parties agree that the U.S. Department of Education's responsive pleading deadline should be extended to allow time for it to complete its review of the relevant information that may allow the parties to resolve the adversary case without further litigation.

6. Plaintiff consents to this extension.

7. Defendant U.S. Department of Education shall file a response to the complaint on or before **March 20, 2026**.

                                            Respectfully submitted,

                                            DAVID METCALF
                                            United States Attorney

                                            */s/ Andrew R. Fuchs*
                                            ANDREW R. FUCHS
                                            Assistant United States Attorney
                                            Eastern District of Pennsylvania
                                            615 Chestnut Street, Suite 1250
Dated: January 22, 2026               Philadelphia PA, 19106

                                            *Counsel for Department of Education*

**CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 7.1(b)**

I certify that on January 6, 2026, I spoke with Plaintiff's counsel, who confirmed that he does not oppose this motion for extension of time for Defendant U.S. Department of Education's response to the complaint.

Dated: January 22, 2026             /s/ *Andrew R. Fuchs*
                                    ANDREW R. FUCHS
                                    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2026, I served a true and correct copy of the foregoing Motion for an Extension of Time via CM/ECF on all parties of record.

                                                  /s/ *Andrew R. Fuchs*
                                                  ANDREW R. FUCHS
                                                  Assistant United States Attorney