United States Bankruptcy Court

Eastern District of Pennsylvania

Lewis,

   Plaintiff                                                                  Adv. Proc. No. 25-00229-amc

U.S. Department of Education,

   Defendant

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 27, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: james.gannone@usdoj.gov | Jan 28 2026 00:29:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 28 2026 00:29:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2026                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY ST. JOSEPH | on behalf of Defendant U.S. Department of Education anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Plaintiff Shane Patrick Lewis michael@sadeklaw.com  sadeklaw@recap.email |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Jan 27, 2026                       Form ID: pdf900                            Total Noticed: 2
TOTAL: 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| Shane Patrick Lewis, | : | Bankruptcy No. 25-14503-amc |
| | : | Chapter 7 |
| Debtor | : | |

| | | |
|---|---|---|
| | : | |
| Shane Patrick Lewis, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proceeding No. |
| | : | 25-00229-amc |
| | : | |
| U.S. Department of Education, | : | |
| Central Research Inc., | : | |
| | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 26th day of __Jan._____, 2026, upon consideration of

Defendant's Motion for an Extension, it is hereby ORDERED that the motion is

GRANTED. Defendant shall file a response to the Complaint on or before March 20,

2026.

BY THE COURT:

Dated:__Jan. 26_____, 2026

_____
HONORABLE ASHELY M. CHAN
*Judge, United States Bankruptcy Court*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| Shane Patrick Lewis, | : | Bankruptcy No. 25-14503-amc |
| | : | Chapter 7 |
| Debtor | : | |

| | | |
|---|---|---|
| | : | |
| Shane Patrick Lewis, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proceeding No. |
| | : | 25-00229-amc |
| | : | |
| U.S. Department of Education, | : | |
| Central Research Inc., | : | |
| | : | |
| Defendants. | : | |

**FIRST MOTION FOR AN EXTENSION OF TIME IN WHICH**
**DEFENDANT MAY RESPOND TO THE COMPLAINT**

Defendant U.S. Department of Education respectfully moves this Honorable

Court to extend the date on which it must respond to the complaint to March 20, 2026.

The basis for this motion is set forth below:

1.      Plaintiff/Debtor filed an adversary complaint on November 11, 2025,

seeking discharge of his federally-insured student loans pursuant to 11 U.S.C. §

523(a)(8).

2.      In November 2022, the United States announced guidance to Department

of Justice attorneys addressing the discharge of federal student loan debt in bankruptcy.

3.      The parties are pursuing resolution in accordance with the guidance

relating to discharge of student loans in bankruptcy. This process may result in a

stipulated agreement on the relevant facts necessary to make a discharge determination.

4.      Plaintiff is working on submitting requested information about his

financial status as part of the DOJ review process so that information can be considered

by the U.S. Department of Education for a determination on how to proceed.

5.      The parties agree that the U.S. Department of Education's responsive

pleading deadline should be extended to allow time for it to complete its review of the

relevant information that may allow the parties to resolve the adversary case without

further litigation.

6.      Plaintiff consents to this extension.

7.      Defendant U.S. Department of Education shall file a response to the

complaint on or before **March 20, 2026**.

<div style="margin-left:45%">

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ *Andrew R. Fuchs*
ANDREW R. FUCHS
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia PA, 19106

*Counsel for Department of Education*

</div>

Dated: January 22, 2026

**CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 7.1(b)**

I certify that on January 6, 2026, I spoke with Plaintiff's counsel, who confirmed

that he does not oppose this motion for extension of time for Defendant U.S.

Department of Education's response to the complaint.


Dated: January 22, 2026                    */s/ Andrew R. Fuchs*
                                           ANDREW R. FUCHS
                                           Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of January, 2026, I served a true and

correct copy of the foregoing Motion for an Extension of Time via CM/ECF on all parties

of record.


/s/ *Andrew R. Fuchs*
ANDREW R. FUCHS
Assistant United States Attorney