**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| Shane Patrick Lewis, | : | Bankruptcy No. 25-14503-amc |
| | : | Chapter 7 |
| Debtor | : | |

| | | |
|---|---|---|
| | : | |
| Shane Patrick Lewis, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proceeding No. |
| | : | 25-00229-amc |
| | : | |
| U.S. Department of Education, | : | |
| Central Research Inc., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this ___ day of _____, 2026, upon consideration of

Defendant's Motion for an Extension, it is hereby ORDERED that the motion is

GRANTED. Defendant shall file a response to the Complaint on or before May 20, 2026.

BY THE COURT:

Dated:_____, 2026

_____
HONORABLE ASHELY M. CHAN
*Judge, United States Bankruptcy Court*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| Shane Patrick Lewis, | : | Bankruptcy No. 25-14503-amc |
| | : | Chapter 7 |
| Debtor | : | |

| | | |
|---|---|---|
| | : | |
| Shane Patrick Lewis, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proceeding No. |
| | : | 25-00229-amc |
| | : | |
| U.S. Department of Education, | : | |
| Central Research Inc., | : | |
| | : | |
| Defendants. | : | |

**SECOND MOTION FOR AN EXTENSION OF TIME IN
WHICH DEFENDANT MAY RESPOND TO THE COMPLAINT[1]**

Defendant U.S. Department of Education respectfully moves this Honorable

Court to extend the date on which it must respond to the complaint to May 20, 2026.

The basis for this motion is set forth below:

1.      Plaintiff/Debtor filed an adversary complaint on November 11, 2025,

seeking discharge of his federally-insured student loans pursuant to 11 U.S.C. §

523(a)(8).

2.      In November 2022, the United States announced guidance to Department

of Justice attorneys addressing the discharge of federal student loan debt in bankruptcy.

3.      The parties are pursuing resolution in accordance with the guidance

---

[1] The parties apologize for this motion being three days late. Counsel for the government was unaware that Plaintiff's counsel, Michael Assad, had left Sadek Law, which caused a delay in obtaining consent for this motion.

relating to discharge of student loans in bankruptcy. This process may result in a stipulated agreement on the relevant facts necessary to make a discharge determination.

4.      Plaintiff is working on submitting requested information about his financial status as part of the DOJ review process so that information can be considered by the U.S. Department of Education for a determination on how to proceed.

5.      The parties agree that the U.S. Department of Education's responsive pleading deadline should be extended to allow time for it to complete its review of the relevant information that may allow the parties to resolve the adversary case without further litigation.

6.      Plaintiff consents to this extension.

7.      Defendant U.S. Department of Education shall file a response to the complaint on or before **May 20, 2026**.

<div style="margin-left: 50%;">

Respectfully submitted,

DAVID METCALF
United States Attorney

/s/ *Andrew R. Fuchs*
ANDREW R. FUCHS
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia PA, 19106

*Counsel for Department of Education*

</div>

Dated: March 23, 2026

**CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 7.1(b)**

I certify that on March 23, 2026, I spoke with Plaintiff's counsel, who confirmed

that he does not oppose this motion for extension of time for Defendant U.S.

Department of Education's response to the complaint.

Dated: March 23, 2026                     */s/ Andrew R. Fuchs*
                                          ANDREW R. FUCHS
                                          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2026, I served a true and correct copy of the foregoing Motion for an Extension of Time via CM/ECF on all parties of record.


/s/ *Andrew R. Fuchs*
ANDREW R. FUCHS
Assistant United States Attorney