**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
| Shane Patrick Lewis, | : | Bankruptcy No. 25-14503-amc |
| | : | Chapter 7 |
| Debtor | : | |
| | : | |
| Shane Patrick Lewis, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Proceeding No. |
| | : | 25-00229-amc |
| | : | |
| U.S. Department of Education, | : | |
| Central Research Inc., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 26th day of ___March___, 2026, upon consideration of

Defendant's Motion for an Extension, it is hereby ORDERED that the motion is

GRANTED. Defendant shall file a response to the Complaint on or before May 20, 2026.

BY THE COURT:

Dated: March 26 ___, 2026

HONORABLE ASHELY M. CHAN
*Judge, United States Bankruptcy Court*