United States Bankruptcy Court

Eastern District of Pennsylvania

Lewis,

    Plaintiff

U.S. Department of Education,

    Defendant

Adv. Proc. No. 25-00229-amc

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 26, 2026 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Central Research Inc., 122 N. Bloomington Street Suite I, Lowell, AR 72745-9632 |
| pla | + | Shane Patrick Lewis, 64 Manor Lane South, Morrisville, PA 19067-1800 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 27 2026 01:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2026 01:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| ust | + | Email/Text: james.gannone@usdoj.gov | Mar 27 2026 01:59:00 | James Gannone, DOJ-Ust, Robert N.C. Nix Federal Courthouse, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Mar 27 2026 01:59:00 | United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| dft | + | Email/Text: edbknotices@ecmc.org | Mar 27 2026 01:58:00 | U.S. Department of Education, 400 Maryland Avenue SW, Washington, DC 20202-0008 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2026        Signature:      /s/Gustava Winters

District/off: 0313-2         User: admin         Page 2 of 2

Date Rcvd: Mar 26, 2026         Form ID: pdf900         Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ANTHONY ST. JOSEPH | on behalf of Defendant U.S. Department of Education anthony.stjoseph@usdoj.gov Mardella.Suarez@usdoj.gov,CaseView.ECF@usdoj.gov |
| Andrew Robert Fuchs | on behalf of Defendant U.S. Department of Education andrew.fuchs@usdoj.gov  beth.fuhrhop@usdoj.gov |
| MICHAEL I. ASSAD | on behalf of Plaintiff Shane Patrick Lewis mike@assad.us  sadeklaw@recap.email |

TOTAL: 3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re:<br>Shane Patrick Lewis,<br><br>    Debtor | : <br> : <br> : <br> : | Bankruptcy No. 25-14503-amc<br>Chapter 7 |
| Shane Patrick Lewis,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. Department of Education,<br>Central Research Inc.,<br><br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Adv. Proceeding No.<br>25-00229-amc |

**ORDER**

AND NOW, this 26th day of ___March___, 2026, upon consideration of

Defendant's Motion for an Extension, it is hereby ORDERED that the motion is

GRANTED. Defendant shall file a response to the Complaint on or before May 20, 2026.

BY THE COURT:

Dated: ___March 26___, 2026

_____
HONORABLE ASHELY M. CHAN
*Judge, United States Bankruptcy Court*