UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    :
    Lewis v. U.S. Department of Education et al :        Chapter 7
                                                     :
                                                     :
                                                     :
                                                     :        Case No.: 25-00229-amc

## ENTRY/WITHDRAWAL OF APPEARANCE

TO THE COURT:

    As of the date listed below, please enter my appearance as Counsel for the
Debtor/Plaintiff in the above-captioned matter.

Dated: 7/29/26

_____
Brad J. Sadek, Esq

    As of the date listed below, please withdraw my appearance as Counsel for the
Debtor/Plaintiff in the above-captioned matter.

Dated: 07/29/2026

_____
Michael Assad, Esq..